# IN THE SUPREME COURT OF THE STATE OF NEVADA

TENKASI VISWANATHAN,
                Appellant,
vs.
BOARD OF TRUSTEES OF THE
CLARK COUNTY SCHOOL DISTRICT;
DR. EDWARD GOLDMAN IN HIS
OFFICIAL AND INDIVIDUAL
CAPACITY; AND LOUIS MARKOUZIS
IN HIS OFFICIAL AND INDIVIDUAL
CAPACITY
                Respondents.

No. 83836

**FILED**

JAN 28 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court final judgment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Review of the notice of appeal, docketing statement, and other documents before this court reveals a jurisdictional defect. Appellant prematurely filed the notice of appeal in the district court after the filing of a timely tolling motion, *see* NRAP 4(a)(4), but before that motion was formally resolved in a written district court order. To date, it appears the tolling motion remains pending in the district court.[1] As this court lacks

---

[1]It appears from the district court minutes that the district court orally denied the tolling motion on January 5, 2022. However, a minute order is insufficient to resolve the motion. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective").

SUPREME COURT
OF
NEVADA

(O) 1947A

jurisdiction to consider a premature notice of appeal, NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), this court

ORDERS this appeal DISMISSED.[2]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Joseph Hardy, Jr., District Judge
       Tenkasi Viswanathan
       Clark County School District Office of The General Counsel
       Olson, Cannon, Gormley, & Stoberski
       Eighth District Court Clerk

---

[2]Appellant may file a new notice of appeal once the district court has entered a written order resolving the tolling motion, if deemed warranted.